■ In the Matter of the Arbitration between ACE MECHANICAL CONTRACTORS, INC., Respondent, and GEVYN CONSTRUCTION CORP., Appellant.— In an arbitration proceeding, petitioner appeals from an order of the Supreme Court, Queens County, dated September 20, 1960, denying its motion to stay the proceeding and for other relief; the motion being made on the ground that the dispute sought to be arbitrated is not within the purview of the arbitration provisions of the contract between the parties. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of MICHAEL BROWNE, Respondent, v. NEW YORK STATE BOARD OF PAROLE et al., Appellants.— In a proceeding pursuant to article 78 of the Civil Practice Act, the New York State Board of Parole and New York State Department of Correction appeal from an order of the Supreme Court, Queens County, dated September 16, 1960, granting the petition and directing them, inter alia: (a) to correct their records so as to state that the two sentences imposed upon petitioner run concurrently and not consecutively; and (b) to parole or discharge petitioner as provided by law. Order affirmed, with costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. [25 Misc 2d 1050.]

■ In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Bounded by Beach Channel Drive and Other Streets, as a Site for School and Recreational Purposes, for Junior High School No. 180, in the Borough of Queens. M. B. C. REALTY CORP., Respondent.— In a condemnation proceeding, the City of New York appeals from a final decree of the Supreme Court, Queens County, dated November 30, 1959, as amended by its order dated February 8, 1960, made after a nonjury trial, insofar as such decree awards $57,850 for Damage Parcels 4 and 5 owned by claimant, M. B. C. Realty Corp. The original award made by Special Term in its interlocutory or tentative decree was $49,750, but on objections by claimant such award was increased to $57,850. The city filed no objections to the original award. Final decree affirmed, with costs. No opinion. Pursuant to permission previously given, claimant respondent on the argument of this appeal renewed its motion to dismiss the appeal. Motion denied. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.